1062

In the Matter of the Foreclosure of Tax Liens by COUNTY OF
SULLIVAN, Respondent. WITOLD MATEJKOWSKI, Appellant.

Decided September 12, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua
sponte, upon the ground that the order appealed from does not
finally determine the proceeding within the meaning of the
Constitution.

In the Matter of JAMES HOLMES, Respondent, v JANA WINTER,
Appellant.

Submitted September 9, 2013; decided September 12, 2013

Motion by Reporters Committee for the Freedom of the Press
et al. for leave to file a brief amici curiae on the appeal herein
granted and the proposed brief is accepted as filed. Two copies
of the brief must be served and nine copies filed within seven
days.

MATTHEW ISABELLA et al., Plaintiffs, and DORIS A. HALLOCK et
al., Third-Party Plaintiff-Respondents, v MICHAEL W.
KOUBEK, Third-Party Defendant-Appellant.

Decided September 12, 2013

Certification of question by the United States Court of Ap-
peals for the Second Circuit, pursuant to section 500.27 of the
Rules of Practice of the Court of Appeals (22 NYCRR 500.27),
accepted and the issues presented are to be considered after
briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ,
SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.